# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-4032

Milliron, et al. (Stacie Hayes) Appellant     vs.     T-Mobile, Inc.

## ENTRY OF APPEARANCE

Please the list names of all parties represented, using additional sheet(s) if necessary:

**Stacie Hayes**

Indicate the party's role IN THIS COURT (check only one):

____ Petitioner(s)        ✓ Appellant(s)        ____ Intervenor(s)

____ Respondent(s)     ____ Appellee(s)        ____ Amicus Curiae

(Type or Print) Counsel's Name: Mr. Omar S. Rivero

Mr.     Ms.     Mrs.     Miss

Firm: Chaves, Resendez & Rivero, L.L.P.

Address: 802 N. Carancahua, Frost Bank Plaza, Suite 2100

City, State, Zip Code: Corpus Christi, TX 78470

Phone: (361) 884-5400        Fax: (361) 884-5401

Primary E-Mail Address (required): orivero@crrlawfirm.com

Additional E-Mail Address (1): hdeleon@crrlawfirm.com
Additional E-Mail Address (2): _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _[signature]_

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09