UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| DEBBIE MILLIRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant/Appellee | No. 09-4032<br><br>STIPULATION OF DISMISSAL PURSUANT TO F.R.A.P. 42(B) |

Pursuant to the settlement reached through the Court's Appellate Mediation Program, it is hereby stipulated and agreed by and between Appellant Stacie Hayes and Appellees that the above-captioned matter is **DISMISSED** pursuant to F.R.A.P. Rule 42(b) with prejudice and without costs against any party.

CHAVES, RESENDEZ & RIVERO
Attorneys for Appellant
STACIE HAYES

By: _____
OMAR S. RIVERO

CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO
Attorneys for Appellee
DEBBIE MILLIRON

By: _____
JAMES E. CECCHI

LOWENSTEIN SANDLER
Attorneys for Appellee
T-MOBILE USA, INC.

By: _____
GAVIN J. ROONEY